DOA: 4/8/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Escobar-Robles,<br>a.k.a.: Jose Moreno-Villa,<br>a.k.a.: Jose Zamora-Limon<br>A #028 545 868<br>*Defendant* | )<br>)<br>) Case No. 25-3138MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 8, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jose Escobar-Robles, an alien, was found in the United States at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about February 4, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY *Digitally signed by CHARLES BAILEY*
*Date: 2025.04.09 10:19:03 -07'00'*
AUTHORIZED BY: Charles E. Bailey Jr., P.S. for SAUSA Regan Pauls

☒ Continued on the attached sheet.

LUIS E TERAN *Digitally signed by LUIS E TERAN*
*Date: 2025.04.09 10:57:12 -07'00'*

*Complainant's signature*
Luis E. Teran
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: April 9, 2025

M Morrissey

*Judge's signature*
Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about April 5, 2025, the Phoenix Immigrations and Customs Enforcement Mobile Criminal Alien Team (ICE MCAT) received a non-biometric referral regarding Jose Escobar-Robles, a previously removed criminal alien, who was suspected to be present in the United States. ICE MCAT officers initiated an investigation to locate Escobar-Robles. On or about April 8, 2025, ICE MCAT officers encountered Escobar-Robles after conducting surveillance near a residence and performing a vehicle stop, in Peoria, Arizona. At the scene, Escobar-Robles identified himself to ICE MCAT officers. Escobar-Robles was taken into ICE custody and transported to the Phoenix ICE Office for further investigation and processing. Escobar-Robles was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Escobar-Robles to be a citizen of Mexico and a previously deported alien. Escobar-Robles was removed from the United States to Mexico, through El Paso, Texas, on or about February 4, 2020, pursuant to a final order

of removal issued by an immigration judge. There is no record of Escobar-Robles in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Escobar-Robles's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about July 24, 2019, Jose Escobar-Robles was convicted of Reentry of Removed Alien, a felony offense, in the United States District Court, District of Arizona. Escobar-Robles was sentenced to twelve (12) months and one (1) day of imprisonment, and thirty-six (36) months of supervised release. Escobar-Robles's criminal history was matched to him by electronic fingerprint comparison.

5. On or about April 8, 2025, Jose Escobar-Robles was advised of his constitutional rights. Escobar-Robles freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 8, 2025, Jose Escobar-Robles, an alien, was found in the United States at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about February 4, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States,

in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

**LUIS E TERAN** Digitally signed by LUIS E TERAN
Date: 2025.04.09 10:57:54 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
April 9, 2025

*M Morrissey*

Michael T. Morrissey
United States Magistrate Judge

3